United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Phong Duc Nguyen, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-25-6181 |
| | § | |
| Martin Frink, et al., | § | |
| | § | |
| Respondents. | § | |

# ORDER

The Parties are **ORDERED** to submit a Status Report as to the status of Petitioner's removal to Vietnam by **July 30, 2026**.

**SIGNED** at Houston, Texas, on this 22nd day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE